IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EARL BELT,

    Plaintiff,

  vs.

SUE SUMMERSET, et al.,

    Defendants.

No. CIV S-10-1542 EFB P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil action alleging negligence, breach of warranty, strict liability, intentional infliction of emotional distress and battery. Plaintiff seeks to invoke this court's diversity jurisdiction under 28 U.S.C. § 1332(a).[1] For cases such as this, which are based on diversity jurisdiction, the federal venue statute requires that the action be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is

---

[1] On the face of the original complaint, it appeared that diversity jurisdiction did not lie in this case. Specifically, plaintiff stated that he is a citizen of California and that one of the defendants, Sue Summerset, was also a citizen of California. Therefore, complete diversity was absent. On September 20, 2010, plaintiff filed an amended complaint that contained no claims against this defendant.

1

1  situated, or (3) a judicial district in which any defendant is subject to personal jurisdiction at the
2  time the action is commences, if there is no district in which the action may otherwise be
3  brought." 28 U.S.C. § 1391(a).  Here, the claim(s) arose in Riverside County, which is within
4  the boundaries of the United States District Court for the Central District of California.
5  Therefore, the court finds that this action most appropriately proceeds in that district.  In the
6  interest of justice, the court will transfer this case.  *See* 28 U.S.C. § 1406(a).  The court will not
7  rule on plaintiff's motion to proceed in forma pauperis.
8         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
9  States District Court for the Central District of California.
10 Dated:  October 18, 2010.

                              _____
                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE

2